

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellants

v.

**EOG RESOURCES, INC.**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellee's partially opposed second motion for an extension of time to file the appellee's brief is granted. We order appellee's brief due March 20, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court